UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| OLMAN ENOC BONILLA RUIZ | CIVIL DOCKET NO. 24-cv-1159 |
| VERSUS | JUDGE EDWARDS |
| SHAD RICE ET AL | MAG. JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be dismissed without prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 15th day of October, 2024.

_____
**JUDGE JERRY EDWARDS, JR**
**UNITED STATES DISTRICT COURT**